**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Robert Knox, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CASE NO.  3:13-cv-00163-WHR** |
| **v.** | ) | |
| | ) | **JUDGE WALTER H. RICE** |
| **Zenta Recoveries d.b.a. Zenta Global d.b.a.** | ) | |
| **Zenta Private Limited, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**AGREED ORDER GRANTING JOINT MOTION AND EXTENDING**
**DEADLINE FOR RESPONSE TO COMPLAINT TO JULY 12, 2013**

---

This matter is befor the Court on the joint motion of the parties to extend the deadline for response to the complaint [Doc. # 8] (the "Motion").  Plaintiffs Robert A. Knox and Jewell K. Knox ("Plaintiffs") and Defendants Accenture Credit Services, LLC and Zenta Recoveries, Inc. ("Defendants"), by and through their undersigned counsel, hereby joint agree, and request that the Court order, that:  1) the Motion is granted, and 2) that the deadline for Defendants to move, plead, or otherwise respond to Plaintiffs' complaint shall be extended to and including July 12, 2103 (which is slightly longer than the date requested in the Motion in order to facilitate the parties' ongoing discussions regarding the potential resolution of this matter, as well as procedural issues such as the possible amendment of the complaint).

_____
Hon. Walter H. Rice

- 1 -

READ AND AGREED:

| | |
|---|---|
| *s/Brian D. Flick* | *s/Scott A. Kane* |
| Brian D. Flick (0081605) | Scott A. Kane (0068839) |
| Mark E. Godbey & Associates | Colter L. Paulson (0081903) |
| 708 Walnut Street, Suite 600 | Squire Sanders (US) LLP |
| Cincinnati, Ohio 45202 | 221 East Fourth Street, Suite 2900 |
| Telephone: (513) 241-6650 | Cincinnati, Ohio 45202 |
| Facsimile:  (513) 241-6649 | Telephone: (513) 361-1200 |
| brian@godbeylaw.com | Facsimile:  (513) 361-1201 |
| | scott.kane@squiresanders.com |
| *Attorney for Plaintiffs* | colter.paulson@squiresanders.com |

and

John Gall (0011813)
Aneca E. Lasley (0072366)
Squire Sanders (US) LLP
2000 Huntington Center
41 S. High Street
Columbus, Ohio  43215
Telephone: (614) 365-2700
Facsimile (614) 365-2499
aneca.lasley@squiresanders.com
john.gall@squiresanders.com

*Attorneys for the Defendants*